**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE LEE HOUSTON, | NO. CV 18-10267-MWF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN SUTTON, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 6, 2020

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE